UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-217-RJC

| | |
|---|---|
| JON'TA TOMORREEA HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARION CORRECTIONAL ) | |
| INSTITUTION; ROBERT C. LEWIS; ) | |
| ALVIN W. KELLER, JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on initial review of Plaintiff's pro se Complaint filed on August 19, 2011, pursuant to 42 U.S.C. § 1983 (Doc. No. 1).

The Prisoner Litigation Reform Act (PLRA) makes clear that "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This subsection is known as the "three strikes" provision of the PLRA.

Court records indicate that Plaintiff has filed at least three lawsuits in the Middle District of North Carolina[1] and the Eastern District of North Carolina[2] that were dismissed as

---

[1] See Hampton-Bey v. Cabarrus, 1:08cv659 (dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous or malicious or for failing to state a claim upon which relief may be granted); Hampton-Bey v. Parsons et al., 1:09cv296 (dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous or malicious or failing to state a claim upon

frivolous, malicious, or because the Complaint failed to state a claim upon which relief may be granted. Further, Plaintiff has not demonstrated that he is under imminent danger of serious physical injury; therefore, his Complaint must be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that:

(1)   Plaintiff's Complaint is dismissed pursuant to 29 U.S.C. § 1915(g);

(2)   The Clerk is directed to send a copy of this Order to the pro se Plaintiff.

Signed: September 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge

---

which relief may be granted).

² See <u>Hampton-Bey v. Combined Records</u>, 5:09ct3134 (dismissed as frivolous).