# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jon'ta Tomorreea Hampton ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          1:11-cv-00217

Marion Correctional Institution et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/8/2011 Order.

Signed: September 8, 2011

_____
Frank G. Johns, Clerk
United States District Court